UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL I. OKEKE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 3:20-cv-05413-BAT

**ORDER REVERSING AND REMANDING**

Based on the stipulation of the parties (Dkt. 21), it is hereby **ORDERED** that the above-captioned case is **Reversed and Remanded**, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the following actions:

1) The ALJ will conduct a new hearing, further develop the record and issue a new decision;

2) The ALJ will reevaluate and further develop the medical opinion evidence of record;

3) If necessary, the ALJ will obtain evidence from an appropriate medical expert to provide a longitudinal overview and clarify the nature, severity and limiting effects of Plaintiff's medically determinable impairments throughout the period at issue;

4) The ALJ will reevaluate steps two and three of the sequential evaluation process;

5) The ALJ will reevaluate Plaintiff's alleged symptom complaints;

6) The ALJ will reevaluate Plaintiff's RFC pursuant to SSR 96-8p; and

ORDER REVERSING AND REMANDING - 1

7) The ALJ will reevaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, as necessary.

It is further **ORDERED** that, upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 6th day of April, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVERSING AND REMANDING - 2